IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VALLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent.<br>_____ | CV F 05-1440 REC WMW HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** [Doc. 4], **DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

　　　Petitioner is a state prisoner proceeding pro se with what he terms an "Application for Withholding of Removal." In his application, Petitioner seeks the withholding of his removal from this country pursuant to 8 U.S.C. Section 1231(b)(3).

　　　On January 25, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed and on January 31, 2006, Petitioner filed a response concurring with the findings and recommendations.

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on January 25, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed without prejudice;
3. The Clerk of the Court is directed to enter judgment for Respondent.

IT IS SO ORDERED.

Dated:  **March 10, 2006**           /s/ Robert E. Coyle
668554                        UNITED STATES DISTRICT JUDGE

2